IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 08-00074-WS |
| | ) | (Civil Action No. 10-00410-WS-N) |
| SCOTT DOUGLAS MYERS, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 7, 2011 is **ADOPTED** as the opinion of this Court. It is **ORDERED** that petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (doc. 186) be and is hereby **DENIED**, and that no Certificate of Appealability shall issue and no appeal in *forma pauperis* shall be allowed.

DONE this 8th day of December, 2011.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE